**Order entered December 3, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00333-CR**

**JOSHUA RAY ARMSTRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071639**

## ORDER

Before the Court is appellant's December 1, 2021 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on November 30 filed as of the date of this order.

/s/    ERIN A. NOWELL
JUSTICE